No. 8,263.   STATE ex Rel. A. L. JOSCELYN, Relator, *v.* JOHN W. BONNER, Attorney General, et al., Respondents.

Decided October 9, 1941.

PER CURIAM.—The petition herein disclosing no emergency or other circumstance warranting this court in exercising its original jurisdiction, the writ prayed for is denied. (Mr. Justice Angstman dissenting.)

*Mr. Wellington D. Rankin* and *Mr. Arthur P. Acher,* for Relator.